

**ORDERED in the Southern District of Florida on May 26, 2015.**

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:

                                                    Case No. 14-38070-JKO

SETH SCHTUPAK,

                                                    Chapter 7

            Debtor.
_____/

### ORDER APPROVING CHAPTER 7 TRUSTEE'S
### APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL

THIS CAUSE came before the Court for hearing on Tuesday, May 19, 2015, at 9:30 a.m., upon the Chapter 7 Trustee's Application for Employment of Special Counsel [ECF No. 28] (the "Application").  Upon the representation that the Law Offices of Alan M. Green, P.A. holds no interest adverse to the estate in the matters upon which they are engaged, that Alan M. Green and the Law Offices of Alan M. Green, P.A., are disinterested persons as required by 11 U.S.C §327(e) and have disclosed any connections with parties as set forth in Rule 2014 of the

Federal Rules of Bankruptcy Procedure, and that their employment is necessary and would be in the best interests of the estate, it is

**ORDERED as follows:**

1. The Application is APPROVED.

2. The Chapter 7 Trustee, Kenneth A. Welt, is authorized to employ and retain Law Offices of Alan M. Green, P.A. as Special Counsel to the Chapter 7 Trustee in connection with the Personal Injury Claim,[1].

3. Pursuant to 11 U.S.C. §328, the Contingency Fee Agreement is approved.

###

Submitted by:
David A. Ray
David A. Ray, P.A.
517 Southwest First Avenue
Fort Lauderdale, Florida 33301
Phone: (954) 399-0105
dray@draypa.com

Copy furnished to:
David A. Ray, Esq.
(*Attorney Ray is directed to serve a copy of this Order upon all interested parties upon receipt and file a Certificate of Service.*)

---

[1] All defined terms herein shall have the meaning ascribed to them in the Application.

2